DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC KENNEDY SMITH**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D17-3083

[May 3, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Scherer, Judge; L.T. Case No. 76-4947 CF10A.

Eric Kennedy Smith, Miami, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***